UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEREMY ELLIS                                                                          PETITIONER
V.                           NO. 3:22-CV-00235-BRW-JTR

CRAIGHEAD COUNTY
SHERIFF'S OFFICE                                                                      RESPONDENT

## ORDER

Petitioner Jeremy Ellis ("Ellis"), who is currently in custody at the Craighead County Detention Facility, has filed a *pro se* 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus and two Supplemental Petitions. *Docs. 2, 3, & 5*. The Petitions were accompanied by three Requests to Proceed *In Forma Pauperis*. *Docs. 1, 4 & 7*. None of the requests comply with the requirements of 28 U.S.C. § 1915.[1] Further, Ellis has indicated he has the ability to pay the $5.00 filing fee. *Doc. 7*.

Ellis's Petition and two Supplemental Petitions fail to present any habeas claims. *Docs. 2, 3, & 5*. His Petitions fail to provide sufficient information for this Court to determine the specific constitutional claims he is making, the conviction he is challenging, and if his federal habeas action should be allowed to proceed.

---

[1] *See* Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts (providing that a habeas petition "must be accompanied" by the applicable filing fee or a "motion for leave to proceed *in forma pauperis*, the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution."); § 2254 Rule 1(b) (permitting district courts to apply the § 2254 rules to other habeas actions).

*See* § 2254 Rule 4 (a federal court should summarily dismiss a habeas petition if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court").

The Court directs Ellis to complete the court-approved form for § 2254 petitions, Form AO 241. This is specifically required by Local Rule 9.1:

> All actions under . . . 28 U.S.C. § 2254 . . . filed in this district by incarcerated persons *shall* be submitted on the court-approved forms supplied by the Court unless a district judge or magistrate judge, upon finding that the complaint is understandable and that it conforms with local rules and the Federal Rules of Civil Procedure, in his or her discretion, accepts for filing a complaint that is not submitted on the approved form.

Local Rule 9.1, Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas (emphasis added).

IT IS THEREFORE ORDERED THAT:

1. Ellis's Motions to Proceed *In Forma Pauperis* (*Docs. 1, 4 & 7*) are DENIED.

2. If Ellis wishes to continue with this action, he must, **within thirty (30) days of the entry of this Order**, pay the $5.00 filing fee, in full.[2]

3. The Clerk of the Court is also directed to send Ellis a blank 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (Form AO-241).

---

[2]Ellis's payment must clearly indicate that it is payment of the filing fee in this action: *Ellis v. Craighead County Sheriff's Office*, No. 3:22-CV-00235-BRW-JTR.

4. If Ellis wishes to continue with this action, he must, **within thirty (30) days of the entry of this Order**,: (a) fully complete the applicable sections of the 28 U.S.C. § 2254 Petition; (b) sign and date the form on the applicable page; and (c) file the completed and signed form with the Court.

5. If Ellis fails to timely and properly comply with this Order, this habeas action may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).[3]

6. Service of the Petition is not appropriate at this time.

DATED this 10th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas states:

> Parties appearing pro se. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.* Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

(emphasis added); *see also* Fed. R. Civ. P. 41(b) (district court may dismiss case for failure to prosecute and comply with court orders); § 2254 Rule 12 (applicability of Federal Rules of Civil Procedure in habeas proceedings).