**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JEREMY ELLIS                                                                              PETITIONER

V.                                              No. 3:22-CV-235-BRW-JTR

CRAIGHEAD COUNTY
SHERIFF'S OFFICE                                                                      RESPONDENT

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Bill Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Wilson may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

## I. Introduction

Petitioner Jeremy Ellis ("Ellis") filed a *pro se* 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus and two Supplemental Petitions while in custody at the Craighead County Detention Facility. *Docs. 2, 3, & 5.* The Petitions were accompanied by three Requests to Proceed *In Forma Pauperis. Docs. 1, 4 & 7.* None

of the requests complied with the requirements of 28 U.S.C. § 1915. Further, Ellis indicated he had the ability to pay the $5.00 filing fee. *Doc. 7.*

On January 10, 2023, the Court denied Ellis's Motions to Proceed in Forma Pauperis and gave him thirty (30) days to pay the $5.00 filing fee. *Doc. 9.* The Court advised Ellis that if he failed "to timely and properly comply with this Order," his habeas action would "be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2)." *Id.*

The Court also informed Ellis that his Petitions failed to present any habeas claims. *Doc. 9.* Ellis's Petitions failed to provide sufficient information for the Court to determine the specific constitutional claims he is making, the conviction he is challenging, and if his federal habeas action should be allowed to proceed.[1] *Docs. 2, 3, & 5.*

As of the date of this Recommended Disposition, Ellis has failed to pay the filing fee. He has also failed to file an Amended Petition as ordered.[2] Thus, the Court recommends that this case be dismissed, without prejudice, due to Ellis's failure to comply with Local Rule 5.5(c)(2).

---

[1]Although unclear, it appeared Ellis is challenging an arrest and detention for "contempt of court for disobeying an Order of the Court." *Doc. 2, at 2.* This apparently involves an Order to submit to a psychological evaluation. *Doc. 3, at 3.*

[2]Mail from the Clerk of Court to Ellis was returned undeliverable and marked "not in jail." *Doc. 12.*

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT the Petition for a Writ of Habeas Corpus be DISMISSED, WITHOUT PREJUDICE. IT IS FURTHER RECOMMENDED THAT a Certificate of Appealability be DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

DATED this 15th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE