UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEREMY ELLIS**                                                                                          **PETITIONER**

**V.**                           **CASE No. 3:22-CV-00235-BRW-JTR**

**CRAIGHEAD COUNTY**
**SHERIFF'S OFFICE**                                                                                 **RESPONDENT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Petition is DISMISSED WITHOUT PREJUDICE.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 12th day of April, 2023.

                                                     BILLY ROY WILSON
                                            UNITED STATES DISTRICT JUDGE