UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEREMY ELLIS**                                                                                          **PETITIONER**

**V.**                                **CASE No. 3:22-CV-00235-BRW-JTR**

**CRAIGHEAD COUNTY**
**SHERIFF'S OFFICE**                                                                                  **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED, this 12th day of April, 2023.

                                                      _____BILLY ROY WILSON_____
                                                      UNITED STATES DISTRICT JUDGE